November 22, 2016



# JUDGMENT

# The Fourteenth Court of Appeals

**FLEMING & ASSOCIATES, L.L.P. (N/K/A FLEMING, NOLEN & JEZ, L.L.P.) AND GEORGE FLEMING, Appellants**

NO. 14-16-00752-CV                V.

**CHARLES KIRKLIN, STEPHEN KIRKLIN, PAUL KIRKLIN AND THE KIRKLIN LAW FIRM, P.C., Appellees**

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on January 25, 2016. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellants, Fleming & Associates, L.L.P. (n/k/a Fleming, Nolen & Jez, L.L.P.) and George Fleming.

We further order this decision certified below for observance.